Submitted July 6, 2021, reversed and remanded February 16, 2022

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JOSEPH MARTIN McLEAN,
*Defendant-Appellant.*

Deschutes County Circuit Court
07FE0733AB; A173667

504 P3d 1222

Walter Randolph Miller, Jr., Judge.

Shawn A. Kollie and Kollie Law Group, P.C., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Mooney, Presiding Judge, and Lagesen, Chief Judge, and DeVore, Senior Judge.

PER CURIAM

Reversed and remanded. *State v. Pohle*, 317 Or App 76, 505 P3d 475 (2022).